IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **LINDA MATTHIAE,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WAKEMED HEALTH AND HOSPITALS,**<br><br>Defendant. | Case No. 5:22-cv-00433-D-KS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Linda Matthiae, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant WakeMed Health and Hospitals without prejudice.

Date: December 1, 2022

Respectfully Submitted,

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No: 35328
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035
sharris@milberg.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Fax: (865) 522-0049
gklinger@milberg.com

Terence R. Coates (pro hac vice forthcoming)
Jonathan T. Deters (pro hac vice forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513.651.3700
Facsimile: 513.665.0219
*tcoates@msdlegal.com*

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2022 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

    *s/ Scott C. Harri*
Scott C. Harris
N.C. Bar No: 35328
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035
sharris@milberg.com