# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:22-cv-00433-D-KS

| | |
|---|---|
| Linda Matthiae, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WakeMed Health and Hospitals,<br><br>Defendant. | **ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR STAY OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PENDING RULING IN RELATED MATTER** |

THIS MATTER comes before the Court on Defendant's Consent Motion for Stay of Time to Respond to Plaintiff's Complaint Pending Ruling in Related Matter. Having reviewed the motion, and good cause being shown, it is hereby ORDERED that Defendant's time to respond to Plaintiff's complaint shall be stayed pending a ruling in the related *Naugle* matter on WakeMed's pending Motion to Sever and Transfer. If the *Naugle* court denies WakeMed's Motion, WakeMed shall answer or otherwise respond to Plaintiff's Complaint within 30 days of that ruling.

SO ORDERED. This the __1__ day of December, 2022.

_____
James C. Dever III
United States District Judge